IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| : | CASE NO.: 5:06-CV-395-CAR |
| v. : | |
| : | |
| ONE HI-POINT, MODEL CF380, .380 : | |
| CALIBER PISTOL, SERIAL NO. P748071; : | |
| First-Named Defendant Property, : | |
| : | |
| EIGHT ROUNDS OF WINCHESTER : | |
| WESTERN, .380 ACP AMMUNITION, : | |
| Second-Named Defendant Property. : | |
| : | |

## FINAL ORDER OF FORFEITURE

On November 21, 2006, Plaintiff filed a Verified Complaint for Forfeiture against the defendant property. The Complaint alleges that the defendant property was used in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1)(A), and the defendant property is therefore, subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1).

Pending now before the Court is the United States' Motion For Final Order of Forfeiture.

The Court hereby makes the following FINDINGS OF FACT AND CONCLUSIONS OF LAW:

1. Pursuant to a Warrant of Arrest this Court issued on November 22, 2006, an agent for the Bureau of Alcohol, Tobacco, Firearms, & Explosives for the Middle District of Georgia arrested and seized the defendant property on December 4, 2006.

2. The United States perfected service of process of this action on potential claimant Steve Jermaine Parker, at 1777 Arlington Park, Macon, Georgia, 31206.

3. The United States published notice of this action in the Macon Telegraph News on January 25, 2007, February 1, 2007, and February 8, 2007.

4. As of March 19, 2007, no person or entity had filed a claim and answer in this action and the time for filing a timely claim and answer has now expired.

5. Plaintiff had probable cause to commence this action against and to seek forfeiture of the defendant property.

**THEREFORE, IT IS HEREBY ORDERED THAT**:

All right, title, and interest of potential claimant Steve Jermaine Parker, in the defendant property, is hereby forfeited to the United States.

All other right, title, and interest in the defendant property is hereby forfeited to and vested in the United States, which shall have clear title to this property and may warrant good title to any subsequent transferee, and shall dispose of the property in accordance with the law.

SO ORDERED, this 23rd day of March, 2007.

        **/s/ C. Ashley Royal**
        C. ASHLEY ROYAL
        UNITED STATES DISTRICT JUDGE

Prepared by:
Donald L. Johstono
Assistant United States Attorney